# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SETH CARRINGTON, | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. |
| | ) | |
| ALLEN E. KAHLER, LKW TRUCKING, INC. AND NORTHLAND INSURANCE COMPANY, | ) ) ) ) | On removal from the State Court of Fulton County, Civil Action File No: 22EV003837 |
| | ) | |
| Defendants. | ) ) | **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL

COMES NOW, NORTHLAND INSURANCE COMPANY ("Defendant"), Defendant in the above styled action, and within the time prescribed by law files this Notice of Removal and respectfully shows the Court the following facts:

1.

Plaintiff commenced this action by filing his Complaint on July 12, 2022, in the State Court of Fulton County, which is a county within the Atlanta Division of this Court. The suit is styled as above and numbered civil action file number 22EV003837 in that Court. Defendant Northland Insurance Company was served with a copy of the suit on July 27, 2022. The Notice of Removal is filed within the 30 days of Defendant's receipt of the suit and is thus timely.

2.

Upon information and belief, Plaintiff is citizen of the State of Florida.

3.

Defendant Northland Insurance Company is a foreign insurance company organized under the laws of the State of Connecticut, with its principal place of business in the State of Connecticut. Defendant Northland Insurance Company is not a citizen of the State of Georgia and was not a citizen of the State of Georgia on the date of filing of the aforesaid civil action and has not been thereafter.  (*See* Plaintiff's Complaint ¶7).

4.

Defendant LKW Trucking, Inc. is a foreign corporation organized under the laws of the State of Iowa, with its principal place of business in the State of Iowa. Defendant LKW Trucking, Inc. is not a citizen of the State of Georgia and was not a citizen of the State of Georgia on the date of filing of the aforesaid civil action and has not been thereafter. (*See* Plaintiff's Complaint ¶4).

5.

Defendant Allen E. Kahler is a citizen and resident of the State of Iowa. Defendant Kahler is not a citizen of the State of Georgia and was not a citizen of the State of Georgia on the date of filing of the aforesaid civil action and has not been

thereafter. (*See* Plaintiff's Complaint, ¶1).

6.

Complete diversity exists between Plaintiff and Defendants in accordance with 28 U.S.C. §1332 (a)(1).

7.

The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff has expressly alleged that he is seeking $37,836.70 in past medical expenses and over $300,000.00 in past lost wages. (*See* Plaintiff's Complaint, ¶44, 47). In addition, Plaintiff is seeking damages for past and future pain and suffering, emotional distress, and other damages. (*See* Plaintiff's Complaint ¶48-49).

8.

This case is a civil action that may be removed to this Court pursuant to 28 U.S.C. § 1441. This court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and (b) because there is complete diversity of citizenship between Plaintiff and Defendants and, as shown above, the amount in controversy exceeds $75,000. Further, as required by 28 U.S.C. § 1441(b), no Defendants are citizens of the State of Georgia.

9.

Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto copies of all process, pleadings, and orders served upon them in this case, such copies being marked "Exhibit A".

10.

Defendant submits this Notice of Removal without waiving any defense to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted. Defendant specifically reserves the right to assert, if applicable, any and all defenses enumerated under Rule 12 of the Federal Rules of Civil Procedure or any other affirmative defenses, including those enumerated under Rule 8(c) of the Federal Rules of Civil Procedure, upon the filing of its responsive pleadings within the time allotted under the Federal Rules of Civil Procedure.

11.

Defendant has given written notice of the filing of this Notice of Removal to Plaintiff by notifying his attorneys of record, Jessica "Nikki" Oates, The Law Office of Gary Martin Hays & Associates, P.C., 3098 Breckinridge Blvd, Duluth, GA 30096. Defendant has also filed a written notice with the Clerk of the State Court of Fulton County, a copy of said notice being attached hereto and made in part hereof.

**WHEREFORE**, Defendant prays that the case be removed to the United

States District Court for the Northern District of Georgia, Atlanta Division.

This 11th day of August, 2022.

            SWIFT, CURRIE, McGHEE & HIERS, LLP

            */s/ Gillian S. Crowl*
            Gillian S. Crowl
            Georgia Bar No. 654746
            Diego A. Cardenas
            Georgia Bar No. 428282
            ***Attorneys for Defendants***

The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, GA   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199

## CERTIFICATION PURSUANT TO L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant hereby certifies that the above and foregoing submission is a computer document prepared in Times New Roman (14 point) font and in accordance with Local Rule 5.1B.

This 11th day of August, 2022.

                       **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                       By:  */s/ Gillian S. Crowl*
                       Gillian S. Crowl
                       Georgia Bar No. 654746
                       Diego A. Cardenas
                       Georgia Bar No. 428282
                       ***Attorneys for Defendants***

1355 Peachtree Street, NE; Suite 300
Atlanta, GA  30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Gillian.crowl@swiftcurrie.com
Diego.cardenas@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a true and accurate copy of ***NOTICE OF REMOVAL*** with the Clerk of Court using the CM/ECF System. The clerk will serve opposing counsel as follows:

Jessica "Nikki" Oates
The Law Office of Gary Martin Hays & Associates, P.C.,
3098 Breckinridge Blvd.
Duluth, GA 30096
*Attorneys for Plaintiff*

This 11th day of August, 2022.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Gillian S. Crowl*
Gillian S. Crowl
Georgia Bar No. 654746
Diego A. Cardenas
Georgia Bar No. 428282
***Attorneys for Defendants***

1355 Peachtree Street, NE; Suite 300
Atlanta, GA  30309
OFF:  (404) 874-8800
FAX: (404) 888-6199

4855-3407-1597, v. 1