State Court of Fulton County
**E-FILED**
22EV003837
7/12/2022 4:28 PM
Christopher G. Scott, Clerk
Civil Division

# General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __Fulton_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ <br> MM-DD-YYYY | Case Number _____ |

**Plaintiff(s)**

Carrington        Seth
Last       First       Middle I.       Suffix       Prefix

_____
Last       First       Middle I.       Suffix       Prefix

_____
Last       First       Middle I.       Suffix       Prefix

_____
Last       First       Middle I.       Suffix       Prefix

**Defendant(s)**

Kahler         Allen
Last       First       Middle I.       Suffix       Prefix

LKW Trucking, Inc.
Last       First       Middle I.       Suffix       Prefix

Northland Insurance Company
Last       First       Middle I.       Suffix       Prefix

_____
Last       First       Middle I.       Suffix       Prefix

**Plaintiff's Attorney** __Jessica "Nikki" Oates, Esq._____   **State Bar Number** __660330_____   **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐   Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____           _____
     Case Number                                 Case Number

☒   I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐   Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐   Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Case 1:22-cv-03190-SEG   Document 1-1   Filed 08/11/22   Page 2 of 18

State Court of Fulton County
**E-FILED**
22EV003837
7/12/2022 4:28 PM
Christopher G. Scott, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SETH CARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| ALLEN E. KAHLER, LKW ) | NO: |
| TRUCKING, INC., AND ) | |
| NORTHLAND INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR INJURIES AND DAMAGES

COMES NOW SETH CARRINGTON, Plaintiff in the above-styled action and shows unto this Court the following:

### PARTIES AND JURISDICTION

1.

Defendant Allen Kahler is a resident of Osceola County, Iowa, and is subject to the jurisdiction of this Court pursuant to Georgia's Long Arm Statute **O.C.G.A. § 9-10-91(2)**. Defendant Allen Kahler resides at 762 Spruce Street, Ocheyedan, IA 51354-7797, and may be served with process at that address.

2.

Defendant Allen Kahler is subject to the jurisdiction of this Court.

3.

Venue is proper as to Defendant Allen Kahler.

Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

4.

Defendant LKW Trucking, Inc., is a foreign corporation existing under the laws of Iowa, with a principal office located at 6525 220th Street, Ocheyedan, IA, 51354 and is subject to the jurisdiction of this Court as a joint tort feasor and the Georgia's Long Arm Statute **O.C.G.A. § 9-10-91(1).** Defendant LKW Trucking, Inc. may be served with process by and through its registered agent, Loren Hennings, located at 6525 220th Street, Ocheyedan, IA, 51354.

5.

Defendant LKW Trucking, Inc. is subject to the jurisdiction of this Court.

6.

Venue is proper as to Defendant LKW Trucking, Inc.

7.

Defendant Northland Insurance Company is a foreign corporation existing under the laws of Connecticut, with a principal office located at One Tower Square, Hartford, CT, 06183 and is subject to the jurisdiction of this Court pursuant to Georgia's Long Arm Statute **O.C.G.A. § 9-10-91(1).** Defendant Northland Insurance Company may be served with process by and through its registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

8.

Defendant Northland Insurance Company is subject to the jurisdiction of this Court.

9.

Venue is proper as to Defendant Northland Insurance Company.



Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

- 2 -

## BACKGROUND

10.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 9 above as if fully stated herein.

11.

On or about September 18, 2020 around 12:10 PM, Plaintiff Seth Carrington was operating a motor vehicle traveling northbound on Ben Hill Road in the number two (2) lane in East Point, Fulton County, Georgia.

12.

On or about September 18, 2020 around 12:10 PM, Defendant Allen Kahler was operating a motor vehicle turning left from South Meadow Parkway onto Ben Hill Road in East Point, Fulton County, Georgia.

13.

At the time of said collision, Defendant Allen Kahler was operating a commercial tractor trailer truck for Defendant LKW Trucking, Inc. with the complete knowledge, consent, and expressed authority of agents, officer, and the employees of Defendant LKW Trucking, Inc.

14.

At the time of said collision, Defendant Allen Kahler was acting within the scope of his employment for Defendant LKW Trucking, Inc.

15.

At the time of the subject collision, Defendant Northland Insurance Company provided a policy of liability insurance on behalf of Defendant LKW Trucking, Inc., a motor carrier for



Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

- 3 -

hire, and Defendant Allen Kahler. Said policy was in effect on September 18, 2020 and provides coverage for the subject incident

## COUNT 1

## NEGLIGENCE OF DEFENDANT ALLEN KAHLER

16.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 15 above as if fully stated herein.

17.

On or about September 18, 2020 around 12:10 PM, Defendant Allen Kahler negligently operated a tractor trailer motor vehicle in such a manner as to cause it to collide into the motor vehicle being driven by Plaintiff Seth Carrington.

18.

Defendant Allen Kahler was negligent in one or more of the following respects:

(a) Defendant failed to maintain control of the tractor trailer said Defendant was operating;

(b) Defendant failed to maintain a vigilant look-out;

(c) Defendant failed to exercise ordinary care;

(d) Defendant drove a tractor trailer at a speed greater than was reasonable and prudent under the conditions without regard to the actual and potential hazard then existing;

(e) Defendant failed to drive at a speed within the posted speed limits at said time and place;


Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

(f) Defendant drove the tractor trailer in reckless disregard for the safety of persons or property;

(g) Defendant failed to yield the right of way to all vehicles approaching on the roadway to be entered or crossed as he was about to enter or cross a roadway in direct violation of **O.C.G.A. § 40-6-73** (Failure to Yield While Entering Roadway);

(h) Defendant's violation of **O.C.G.A. § 40-6-73** constitutes Negligence Per Se;

(i) Defendant was otherwise negligent and careless in the operation of the motor vehicle; and

(j) By committing any other act(s) or omission(s) which may be shown at trial.

19.

Defendant Allen Kahler negligently maintained the tractor he was driving at said time and place.

20.

Defendant Allen Kahler negligently maintained the trailer he was puling at said time and place.

21.

As a direct and proximate result of this collision, Plaintiff suffered bodily injuries.

## COUNT 2

## IMPUTED LIABILITY

22.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 21 above as if fully stated herein.



Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

- 5 -

23.

At the time of the subject collision, Defendant Allen Kahler was under dispatch for Defendant LKW Trucking, Inc.

24.

At the time of the subject collision, Defendant Allen Kahler was operating his commercial tractor trailer on behalf of Defendant LKW Trucking, Inc.

25.

Defendant LKW Trucking, Inc. is an intrastate and/or interstate motor carrier and, pursuant to federal and state laws, is responsible for the actions of Defendant Allen Kahler in regard to the subject collision under the doctrine of lease liability, agency, apparent agency, respondeat superior, or any combination thereof.

## COUNT 3

## NEGLIGENT HIRING, TRAINING, & SUPERVISION BY DEFENDANT

26.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 25 above as if fully stated herein.

27.

Defendant LKW Trucking, Inc. knew that Defendant Allen Kahler was an incompetent and/or habitually reckless driver.

28.

Defendant LKW Trucking, Inc. was negligent in hiring Defendant Allen Kahler.



Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

- 7 -

29.

Defendant LKW Trucking, Inc. negligently entrusted Defendant Allen Kahler with said vehicle that was involved in this instant collision, and is liable to Plaintiff for the negligence of Defendant Allen Kahler.

30.

Defendant LKW Trucking, Inc. negligently retained Defendant Allen Kahler.

31.

Defendant LKW Trucking, Inc. negligently trained Defendant Allen Kahler.

32.

Defendant LKW Trucking, Inc. negligently supervised Defendant Allen Kahler.

33.

Defendant LKW Trucking, Inc. negligently maintained the tractor and/or trailer Defendant Allen Kahler was driving at said time and place of the subject collision.

34.

All of the Plaintiff's injuries and damages were proximately caused by the negligence of the Defendants.

## COUNT 4

## DIRECT ACTION AGAINST DEFENDANT

35.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 34 above as if fully stated herein.



Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

36.

Defendant Northland Insurance Company is subject to a direct action as the insurer for Defendant LKW Trucking, Inc. pursuant to **O.C.G.A. § 40-2-140** or its predecessor **O.C.G.A. § 46-7-12.1**.

37.

Defendant Northland Insurance Company was the insurer of Defendant LKW Trucking, Inc. at the time of the subject collision and issued a liability policy to comply with the filing requirements under Georgia law for intrastate and/or interstate transportation.

38.

Defendant Northland Insurance Company and Defendant LKW Trucking, Inc. are subject to the filing requirements outlined in **O.C.G.A. § 40-2-140** or its predecessor **O.C.G.A. § 46-7-12.1**.

39.

Defendant Northland Insurance Company is responsible for any judgement rendered against Defendant LKW Trucking, Inc. up to its policy limits of coverage.

40.

All of the Plaintiff's injuries and damages were proximately caused by the negligence of the Defendants.

## COUNT 5

## DAMAGES

41.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 40 above as if fully stated herein.

Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.
3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

42.

As a direct and proximate result of the negligence of the Defendants, Plaintiff suffered severe, painful, and permanent bodily injuries in the subject incident complained of herein.

43.

Plaintiff claims compensatory damages from said Defendants so as to compensate Plaintiff for all of Plaintiff's past, present, and future pain and suffering, discomfort, injuries, and mental and emotional suffering, medical expenses, out of pocket expenses, and lost wages resulting from the incident complained of herein.

44.

Plaintiff claims past medical expenses in excess of $37,836.70, itemized as follows:

| Dates of Service | Provider | Amount |
| --- | --- | --- |
| 09/18/2020 - 09/18/2020 | Grady EMS | $2,138.75 |
| 09/18/2020 - 09/18/2020 | Wellstar Atlanta Medical Center | $10,122.60 |
| 09/18/2020 - 09/18/2020 | South Fulton Emergency Physicians | $1,473.00 |
| 09/18/2020 - 09/18/2020 | Quantum Radiology | $331.00 |
| 09/22/2020 - 09/22/2020 | Calhoun Chiropractic Centre | $115.00 |
| 09/28/2020 - 08/05/2021 | Deland Chiro & Spinal Decompression | $10,582.90 |
| 10/22/2020 - 10/22/2020 | Advanced Imaging | $2,513.45 |
| 12/30/2020 - 02/05/2021 | Cora Physical Therapy | $3,800.00 |
| 05/20/2021 - 06/14/2021 | Florida Sports Injury & Ortho Institute | $2,502.00 |
| 05/20/2021 - 06/09/2021 | Clermont Radiology | $3,200.00 |
| 07/07/2021 - 07/21/2021 | Orlando Orthopaedic Center | $1,058.00+ |
| | Right Hip Surgery & follow up care | TBD |
| **TOTAL SPECIALS TO DATE** | | $37,836.70+ |

45.

Plaintiff claims expenses for past, present, and future out of pocket expenses as a result of the incident complained of herein.



Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

- 9 -

46.

Plaintiff claims medical expenses for medical treatment and attention which will be required in the future as a result of the incident complained of herein.

47.

Plaintiff claims past lost wages in excess of $300,000.00, present lost wages, and future lost wages in an amount as shall be proven at trial.

48.

As a direct and proximate result of Defendants' negligence, Plaintiff is entitled to an award of special damages for medical expenses, out of pocket expenses, and lost wages in an amount to be shown at trial, and general damages in an amount to be determined by this Court against Defendants, all in an amount in excess of $337,836.70.

49.

As a direct and proximate result of Defendants' negligence, Plaintiff will suffer future pain and suffering, future discomfort, future mental and emotional distress, future inability to function, future medical expenses, future lost wages, and is entitled to an award of general damages for said future damages.

**WHEREFORE,** Plaintiff prays for the following:

(a) That summons be issued requiring the Defendants to appear as provided by law to answer fully and completely each and every allegation in this instant Complaint;

(b) That Plaintiff have and recover compensatory damages from the Defendants in such an amount as the jury deems just and appropriate to fully and completely

Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.
3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

- 10 -

compensate Plaintiff for all of Plaintiff's past, present, and future injuries and pain and suffering, and mental and emotional distress;

(c) That Plaintiff have and recover from said Defendants special damages for past and future medical expenses, out of pocket expenses, and loss of income in the past, present, and future in such an amount as shall be proven at trial;

(d) That this matter be tried to a jury;

(h) That all costs be cast against the Defendants;

(i) For such other and further relief as this Court deems just and appropriate.

This the 12th day of July, 2022.

LAW OFFICES OF
GARY MARTIN HAYS & ASSOCIATES, P.C.
Attorneys for Plaintiff

Jessica "Nikki" Oates, Esq.
Georgia Bar No.: 660330

Fax: 770-934-1631
nikki@garymartinhays.com



Law Offices of
GARY MARTIN HAYS
& ASSOCIATES, P.C.

3098 Breckinridge Blvd
Duluth, GA 30096
(770) 934-8000

**State Court of Fulton County**
**\*\*E-FILED\*\***
**22EV003837**
**8/4/2022 3:20 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

RECORD ID#
22022868

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 22EV003837

Superior Court ☐    Magistrate Court ☐
State Court ☒        Probate Court ☐
Juvenile Court ☐

Date Filed 07/12/2022

Georgia, Fulton _____ COUNTY

Seth Carrington
_____
                                                    Plaintiff

Attorney's Address

Jessica "Nikki" Oates, Esq.

3098 Breckinridge Blvd.

VS.

Duluth, GA 30096

Allen E. Kahler, LKW Trucking, INC., and

Name and Address of Party to Served
**National General Insurance Co.**
**Corporation Service Company**

Northland Insurance Company
_____
                                                    Defendant

**2 Sun Court, Suite 400**

**Peachtree Corners, GA 30092**

_____
                                                    Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
☒ Served the defendant **National General Insurance Co.** a corporation
by leaving a copy of the within action and summons with **Alisha Smith**
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This **27** day of **July**, 20**22**            Sgt. Collins, SO 500

DEPUTY

State Court of Fulton County
**E-FILED**
22EV003837
8/4/2022 3:20 PM
Christopher G. Scott, Clerk
Civil Division

RECORD ID 22022868

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 22EV003837

Superior Court ☐
State Court ☒
Juvenile Court ☐
Magistrate Court ☐
Probate Court ☐

Date Filed 07/12/2022

Georgia, Fulton COUNTY

Seth Carrington

_____
Plaintiff

Attorney's Address

Jessica "Nikki" Oates, Esq.

3098 Breckinridge Blvd.

VS.

Duluth, GA 30096

Allen E. Kahler, LKW Trucking, INC., and

Name and Address of Party to Served
**Northland Insurance Company**
**Corporation Service Company**

Northland Insurance Company
_____
Defendant

**2 Sun Court, Suite 400**

**Peachtree Corners, GA 30092**

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
☒ Served the defendant _Northland Insurance Com[pany]_ a corporation
by leaving a copy of the within action and summons with _Alisha Smith_
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This 27 day of July, 2022

Sgt. Collins, SO 500

DEPUTY

Case 1:22-cv-03190-SEG   Document 1-1   Filed 08/11/22   Page 15 of 18

State Court of Fulton County
**E-FILED**
22EV003837
7/12/2022 4:28 PM
Christopher G. Scott, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**                                                DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**                     CIVIL ACTION FILE #: _____
  Civil Division

_____
_____
_____
Plaintiff's Name, Address, City, State, Zip Code

            vs.

_____
_____
_____
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [x] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:
  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:
Name: _____
Address: _____
City, State, Zip Code: _____     Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

                                                            Christopher G. Scott, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*
 Served, this _____ day of _____, 20_____.     _____
                                                                                                              DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____
_____
This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Case 1:22-cv-03190-SEG   Document 1-1   Filed 08/11/22   Page 16 of 18

**State Court of Fulton County**
**\*\*E-FILED\*\***
**22EV003837**
**7/12/2022 4:28 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**                                                  DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**                       CIVIL ACTION FILE #: _____
  Civil Division

| | |
|---|---|
| _____ | |
| _____ | |
| _____ | |
| Plaintiff's Name, Address, City, State, Zip Code | |

vs.

_____
_____
_____
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [x] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____      Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

***SERVICE INFORMATION:***
 Served, this _____ day of _____, 20_____.       _____
                                                                                                  DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____
This _____ day of _____, 20_____.      _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Case 1:22-cv-03190-SEG   Document 1-1   Filed 08/11/22   Page 17 of 18

**State Court of Fulton County**
**\*\*E-FILED\*\***
**22EV003837**
**7/12/2022 4:28 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**                                    DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**          CIVIL ACTION FILE #: _____
    Civil Division

_____
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_____
_____
_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [x] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____    Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*
 Served, this _____ day of _____, 20_____.    _____
                                                                DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____
This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
22EV003837
7/12/2022 4:28 PM
Christopher G. Scott, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**                    DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**          CIVIL ACTION FILE #: _____
    Civil Division

_____
_____
_____
Plaintiff's Name, Address, City, State, Zip Code

vs.

_____
_____
_____
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [x] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE UNINSURED MOTORIST INSURANCE CARRIER: **NATIONAL GENERAL INSURANCE CO.**
**Corporation Service Company**
**2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092**

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____   Phone No.: _____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.    _____
                                                               DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

_____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**